# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA JENKINS and MARK JENKINS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 30, Inclusive,<br><br>　　　　Defendants. | Case No.: CV 21-5110-DMG (AFMx)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION FOR DISMISSAL [23]** |

　　　BASED UPON THE STIPULATION OF THE PARTIES, which is filed concurrently herewith, IT IS HEREBY ORDERED THAT the above-captioned action is dismissed, with prejudice.

DATED: May 2, 2022

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE